**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-19-00313-CR**
**NO. 09-19-00314-CR**
_____

**DANIEL ANDREW MACGINNIS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 1A District Court**
**Tyler County, Texas**
**Trial Cause Nos. 13,331 and 13,332**

**ORDER**

Appointed counsel for Daniel Andrew MacGinnis, Appellant, filed a motion to withdraw due to ineffective communication between attorney and client. It is, therefore, ORDERED that the appeals are abated and the causes are remanded to the trial court for a hearing to determine whether counsel can effectively represent Appellant, and if not, to allow counsel to withdraw and appoint new counsel to represent Appellant. A supplemental reporter's record of the hearing on the motion

to withdraw, together with a supplemental clerk's record containing and orders and findings of the trial court, shall be filed with the Court of Appeals by October 5, 2020. The appeals will be reinstated without further Order of this Court when the supplemental records are filed. All appellate timetables are suspended while the cases are before the trial court.

ORDER ENTERED September 3, 2020.

PER CURIAM

Before Kreger, Horton and Johnson, JJ.